UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL NO. 03-179-FJP-SCR

ELANDER MARK LACHNEY

**RULING**

This matter is before the Court on the motion for relief[1] filed by Elander Mark Lachney. In his motion for relief, it appears that Lachney is requesting two separate matters. First, he would like for his state sentence to run concurrent with his federal sentence. This request goes against what the Court ordered at the time of his sentencing and is denied. The Court followed the guidelines.

Lachney is also requesting the Court to place him in the Residential Drug Abuse Program (RDAP) within the Bureau of Prisons. The Court has no objection to placing Lachney in this program since Lachney has a substantial substance abuse history. However, the decision for the defendant to enter and participate in the RDAP is left up to the Bureau of Prisons and not the Court. Lachney should send a copy of this ruling to the Bureau of Prisons to let the BOP

---

[1]Rec. Doc. No. 62.

Doc#46872

know of the Court's position on the mover entering this program.

IT IS SO ORDERED.

Baton Rouge, Louisiana, August  /1 , 2010.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE